UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-mj-932-DJA |
| | ) Dept.: |
| Plaintiff, | ) |
| | ) ORDER        ORDER TO |
| vs. | ) CONTINUE TRIAL |
| | ) |
| ALBERTO VIRAMONTES-MAGANA | ) |
| | ) |
| Defendant. | ) |

**COMES NOW** the Defendant, ALBERTO VIRAMONTES, by and through his attorney of record, ERIK ZENTZ, ESQ., and the Plaintiff, UNITED STATES OF AMERICA, by and through their attorney of record, RACHEL KENT, ESQ., and hereby stipulate and agree as follows:

**WHEREAS**, this matter is currently scheduled for Trial on Wednesday, October 14, 2020, and

**WHEREAS**, counsel in this matter have agreed to continue this hearing for Wednesday, November 18, 2020, and

**WHEREAS**, This continuance of the trial date is requested so that counsel may have time to review the offered negotiation and discovery with Mr. Viramontes and to determine whether Mr. Viramontes would accept the offer by the Government. The end of justice served by this continuance outweighs the interest of the public and the defendant. Failure for this continuance would result in a miscarriage of justice.

1. **IT IS HEREBY STIPULATED AND AGREED** that the bench trial currently scheduled for October 14, 2020, shall be vacated and re-set to November 18, 2020, a date convenient to all parties.

Erik Zentz, Esq.
Nevada Bar No. 10286
601 S 10th St., 102
Las Vegas NV 89101
Attorney for Defendant
Dated: 10-9-20

Rachel Kent, Esq.
501 Las Vegas Blvd. South
Las Vegas NV 89101
Attorney for Plaintiff
Dated: _____

## ORDER

Based upon the foregoing Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that the bench trial currently scheduled for Wednesday, October 14, 2020 shall be vacated and re-set to November 18, 2020, at 9:00 a.m. in Courtroom 3A.

Dated this 13th day of October, 2020.

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge